FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br>Collette Butler-Portillo<br><br>              Defendant. | Case No.: CR 13-783 GHK<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN/UNIDENTIFIED BAIL RESOURCES
- RECENT SUBSTANCE ABUSE
- SUBMISSION TO DETENTION

1

1 and/or

2 B.     ( )     The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 _____

7 _____

8 _____

9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 2/14/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge